AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

JUL 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JUAN CRUZ CASILLAS-VALDEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: _08CR2241-BEN_

I, __JUAN CRUZ CASILLAS-VALDEZ__ , the above named defendant, who is accused

committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C.,
Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry
(Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __July 15, 2008__ prosecution by indictment and consent that

the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer